```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                           CASE NO. 08 B 17807
    DIANA A BOLDEN
                                                 CHAPTER 13

                                                 JUDGE: JACQUELINE P COX

          Debtor
    SSN XXX-XX-4655


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 07/10/2008 and was not confirmed.

      The case was converted to chapter 7 without confirmation 07/23/2008.
--------------------------------------------------------------------------------
CREDITOR NAME                  CLASS          CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                                 PAID           PAID
--------------------------------------------------------------------------------
HARPER SQUARE HOUSING     SECURED                   .00             .00            .00
AT&T LOAN TRADE           UNSECURED           NOT FILED             .00            .00
COMCAST                   UNSECURED           NOT FILED             .00            .00
GENEVA ROTH VENTURES      UNSECURED           NOT FILED             .00            .00
LOAN POINT                UNSECURED           NOT FILED             .00            .00
LOAN SHOP                 UNSECURED           NOT FILED             .00            .00
PAYDAY LOAN STORE OF ILL  UNSECURED           NOT FILED             .00            .00
SBC ILLINOIS              UNSECURED           NOT FILED             .00            .00
MELVIN J KAPLAN           DEBTOR ATTY               .00                            .00
TOM VAUGHN                TRUSTEE                                                  .00
DEBTOR REFUND             REFUND                                                   .00

          Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                               RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                             .00

PRIORITY                                                .00
SECURED                                                 .00
UNSECURED                                               .00
ADMINISTRATIVE                                          .00
TRUSTEE COMPENSATION                                    .00
DEBTOR REFUND                                           .00
                              --------------       --------------
TOTALS                              .00                 .00




            PAGE  1 - CONTINUED ON NEXT PAGE
    CASE NO. 08 B 17807 DIANA A BOLDEN
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 10/22/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE